MARGARETTA SULLIVAN, Respondent, *v.* WILLIAM P. SULLIVAN et al., Appellants.

*Real property — dower — husband and wife — woman who obtains divorce in foreign state does not lose thereby her dower interest in real property owned by husband during the marriage — violation by her of provision of former divorce prohibiting her remarriage does not affect her right to dower in property of second husband.*

*Sullivan* v. *Sullivan*, 209 App. Div. 910, affirmed.

(Argued December 4, 1924; decided December 19, 1924.)

APPEAL from a judgment, entered July 2, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to set aside a deed of real property in so far as it purported to convey plaintiff's inchoate right of dower therein. The question at issue was whether a woman who obtains a divorce in a foreign state retains her dower interest in real property owned by the husband while the marriage existed. Also, whether the fact that the woman in marrying had violated a provision contained in a prior decree of divorce obtained by a former husband, prohibiting her remarriage, affected or prevented the assertion by her of dower rights in real property of the second husband.

*Evarts L. Prentiss* and *James G. Moore* for William P. Sullivan, appellant.

*John S. Russell* and *Clarence F. Corner* for Henry Schafer, appellant.

*Louis A. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.